B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania (Harrisburg)

| | | |
|---|---|---|
| IN RE: | Case No: | 18-00438 |
| | Loan Number (Last 4): | 7951 |

Debtors: Scott W. Rotolo

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2
Serviced by Select Portfolio Servicing, Inc.
**Name of Transferee**

Community Loan Servicing, LLC
**Name of Transferor**

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 4 |
| Amount of Claim: | $179,923.22 |
| Date Claim Filed: | 04/10/2018 |
| Last Four Digits of Acct #: | 8429 |

Phone: 1-800-258-8602
Last Four Digits of Acct #: 7951

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 7951

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John Shelley       Date: 11/26/2021
InfoEx, LLC, as authorized filing agent
(Approved by: Sachinraj Kollangana)

Specific Contact Information:
Sachinraj Kollangana - BK Specialist II
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.