# Notice Recipients

District/Off: 0314−1            User: AutoDocketer            Date Created: 11/30/2021
Case: 1:18−bk−00438−HWV         Form ID: trc                  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5366843    Community Loan Servicing, LLC    4425 Ponce De Leon Blvd., 5th Floor    Coral Gable, FL 33146
           Community Loan Servicing, LLC    4425 Ponce De Leon Blvd., 5th Floor    Coral Gable, FL 33146

TOTAL: 1