In re:  Case No. 18-00438-HWV
Scott W. Rotolo  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 3
Date Rcvd: Nov 09, 2022    Form ID: 3180W    Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott W. Rotolo, 101 Furman Road, Dillsburg, PA 17019-9689 |
| 5019144 | | Autotrack LLC, 1500 Sycamore Road, Montoursville, PA 17754-9303 |
| 5019146 | + | Bureau of Account Management, 3607 Rosemont Avenue, Camp Hill, PA 17011-6904 |
| 5019147 | + | Clearfield Motors Inc., 4048 Carlisle Road, Dover, PA 17315-3508 |
| 5019148 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 5019150 | + | Discover Bank, c/o Edward Stock, Esquire, 804 West Avenue, Jenkintown, PA 19046-2831 |
| 5019153 | | FA Condor Securitization, P.O. Box 503430, San Diego, CA 92150-3430 |
| 5019158 | + | Main Street Acquisition Corp., P.O. Box 2529, Suwanee, GA 30024-0982 |
| 5019157 | + | Main Street Acquisition Corp., c/o Frederic I. Weinberg, Esquire, Frederic I. Weinberg & Associates, P.C., 375 East Elm Street, Suite 201, Conshohocken, PA 19428-1973 |
| 5019162 | + | Ralph Gulko, Esquire, Pressler and Presler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5019163 | + | Robert W. Williams, Esquire, Mattleman, Weinroth & Miller, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 09 2022 18:39:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5019143 | + | Email/Text: rperez@arcadiarecovery.com | Nov 09 2022 18:39:00 | Arcadia Recovery Bureau, 645 Penn Street, Reading, PA 19601-3559 |
| 5019145 | | Email/Text: aleasure@autotrakk.com | Nov 09 2022 18:39:00 | Autotrakk LLC, 342 Fairfield Road, Montoursville, PA 17754-8315 |
| 5046223 | ^ | MEBN | Nov 09 2022 18:37:54 | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5228460 | + | EDI: LCIBAYLN | Nov 09 2022 23:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 5228461 | + | EDI: LCIBAYLN | Nov 09 2022 23:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5366843 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 09 2022 18:39:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5366842 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 09 2022 18:39:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5019149 | + | EDI: CCS.COM | Nov 09 2022 23:43:00 | Credit Collection Service, P.O. Box 607, Norwood, MA 02062-0607 |
| 5019151 | | EDI: DISCOVER.COM | Nov 09 2022 23:43:00 | Discover Bank, c/o Discover Bank Products Inc., 6500 New Albany Road, New Albany, OH 43054 |
| 5022949 | + | EDI: DISCOVER.COM | Nov 09 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5019152 | + | Email/Text: bknotice@ercbpo.com | Nov 09 2022 18:39:00 | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 5448169 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 09 2022 18:39:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 5448168 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 09 2022 18:39:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5019154 | | EDI: IRS.COM | Nov 09 2022 23:43:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 5019155 | | Email/Text: camanagement@mtb.com | Nov 09 2022 18:39:00 | M&T Bank, 1 Fountain Plaza, 7th Floor, P.O. Box 840, Buffalo, NY 14203 |
| 5019156 | | Email/Text: camanagement@mtb.com | Nov 09 2022 18:39:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 5042078 | | EDI: BL-CREDIGY.COM | Nov 09 2022 23:43:00 | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5019160 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 09 2022 18:39:00 | Midland Funding, LLC, 2365 Northside Drive, #300, San Diego, CA 92108-2710 |
| 5019728 | + | EDI: RECOVERYCORP.COM | Nov 09 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5019161 | | EDI: PENNDEPTREV | Nov 09 2022 23:43:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5019161 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2022 18:39:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5021606 | + | EDI: PENNDEPTREV | Nov 09 2022 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5021606 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2022 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5047793 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2022 18:48:39 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5019164 | + | Email/Text: notices@burt-law.com | Nov 09 2022 18:39:00 | Yale D. Weinstein, Esquire, Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**     **Name and Address**

| | | |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | M&T BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5019159 | ##+ | Menges & McLaughlin, P.C., d/b/a Trinity Law, 145 E. Market Street, York, PA 17401-1221 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor COMMUNITY LOAN SERVICING LLC F/K/A BAYVIEW LOAN SERVICING, LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Tracy Lynn Updike | on behalf of Debtor 1 Scott W. Rotolo tlupdike@mette.com rkvansteenacker@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Scott W. Rotolo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0155<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–00438–HWV | |

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Scott W. Rotolo

**By the court:**   *(signature)*

11/9/22

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**