Debtor 1     Scott W. Rotolo

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   18-00438 HWV

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** COMMUNITY LOAN SERVICING, LLC F/K/A BAYVIEW LOAN SERVICING, LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 8429

**Date of payment change:**
Must be at least 21 days after date of this notice         09/01/2021

**New total payment:**         $801.12
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $272.22           New escrow payment: $274.43

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____          New mortgage payment: $_____

Official Form 410S1                  **Notice of Mortgage Payment Change**                       page 1

Case 1:18-bk-00438-HWV    Doc    Filed 08/06/21    Entered 08/06/21 09:59:38    Desc
Document ID: 67d2bd2aa5780cd393e952d4e9f15eade16b02528b9e99b0d160108c5909
                                     Main Document          Page 1 of 2

| Debtor(s) | <u>Scott W. Rotolo</u> | Case number (*if known*) | 18-00438 HWV |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Brian C. Nicholas*   Date  08/02/2021
Signature
Print: Brian Nicholas
02 Aug 2021, 16:08:01, EDT

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701         Market Street, Suite 5000
         Number      Street
         Philadelphia,                    PA    19106
         City                             State ZIP Code

Contact phone  (215) 627–1322         Email  bkgroup@kmllawgroup.com

Official Form 410S1        **Notice of Mortgage Payment Change**        page 2

Case 1:18-bk-00438-HWV   Doc   Filed 08/06/21   Entered 08/06/21 09:59:38   Desc
Document ID: 67d2bd2aa5780cd393e952d4e9f15eade16b02528b9e99b0d160d5ac08c5909
Main Document     Page 2 of 2