# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott W. Rotolo<br>　　　　　　　　　　Debtor(s)<br><br>COMMUNITY LOAN SERVICING, LLC F/K/A BAYVIEW LOAN SERVICING, LLC<br>　　Movant<br>　　　　vs.<br><br>Scott W. Rotolo<br>　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　Trustee | BK NO. 18-00438 HWV<br><br>Chapter 13<br><br>Related to Claim No. |

## CERTIFICATE OF SERVICE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 06, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Scott W. Rotolo
101 Furman Road
Dillsburg, PA 17019

<u>Attorney for Debtor(s)</u>
Tracy Lynn Updike, Esq.
2080 Linglestown Road
Suite 201
Harrisburg, PA 17110

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>August 06, 2021</u>

　　　　　　　　　　　　　　　　　　　　　　　<u>**/s/Brian C. Nicholas Esquire**</u>
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence
　　　　　　　　　　　　　　　　　　　　　　　Center 701 Market Street, Suite
　　　　　　　　　　　　　　　　　　　　　　　5000 Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com