Fill in this information to identify the case:

Debtor 1 Scott W Rotolo

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   Middle District Of Pennsylvania

Case number 18-00438

Official Form 410S1

# Notice of Mortgage Payment Change                                                                    12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2

**Court claim no**. (if known): 4

**Last four digits** of any number you use to identify the debtor's account:   7951

**Date of payment change:** 06/01/2022
Must be at least 21 days after date of this notice

**New total payment:**      $ 784.00

Principal, interest, and escrow, if any

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $274.43          **New escrow payment:**  **$257.31**

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%          **New interest rate:** _____%

   **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

Official Form 410S1           **Notice of Mortgage Payment Change**                                page 1

Debtor 1 <u>Scott W Rotolo</u>    Case Number (*If known*):18-00438
      First Name   Middle Name   Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Rebecca A. Solarz    Date February 09, 2022
Signature

Print: Rebecca A. Solarz    Title Attorney for Creditor
   First Name   Middle Name   Last Name

Company: KML Law Group, P.C.

Address: 701   Market Street, Suite 5000
   Number   Street
Philadelphia,   PA   19106
City   State   ZIP Code

Contact phone (215) 627–1322    Email rsolarz@kmllawgroup.com